## NICHOLS & SHEPARD V. HOWE.

*Appeal from General Term, Ninth District (Blackhawk County) — Friday, April 22.*

D J. *Coleman* for the appellant — O. *Miller* for the appellee.

WILLIAMS, J. — We are asked to set aside the verdict in this case for the defendant because it is not supported by the evidence. A detailed analysis of the evidence raises no question of interest beyond this case, and it is sufficient to say there is no such preponderance as warrants setting aside the verdict. The judgment of the circuit court is affirmed, and that of the general term is

Reversed.